UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANDREW PALEY,<br><br>             Plaintiff,<br><br>   v.<br><br>TWIST ANIMATION, LTD., et al.,<br><br>            Defendants. | Case No.15-CV-01925-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorneys: Nicholas Carlin, David Given
Defendants' Attorneys: Bruce Isaacs, Deborah Adler

      An initial case management conference was held on August 19, 2015.  A further case management conference is set for November 18, 2015, at 2:00 p.m.  The parties shall file their joint case management statement by November 11, 2015.

      The parties are referred to private mediation with a deadline of November 10, 2015. The parties shall contact the ADR unit to cancel their August 31, 2015, ADR phone conference.

      The parties shall file any proposed stipulated protective order by Friday, August 21, 2015.

      The Court set the following case schedule:

DEADLINE TO FILE MOTION TO AMEND OR ADD PARTIES: September 30, 2015

FACT DISCOVERY CUTOFF: January 19, 2016

1

Case No. 15-CV-01925-LHK
CASE MANAGEMENT ORDER

EXPERT DISCOVERY:
    Opening Reports: February 2, 2016
    Rebuttal Reports: March 3, 2016
    Close of Expert Discovery: March 31, 2016

DISPOSITIVE MOTIONS shall be filed by April 14, 2016, and set for hearing no later than May 26, 2016 at 1:30 p.m.  The parties are limited to one dispositive motion per side in the entire case.

FINAL PRETRIAL CONFERENCE: July 28, 2016, at 1:30 p.m.

JURY TRIAL: August 1, 2, 5, 8, 9, & 15, at 9:00 a.m.  Trial is expected to last 6 days.

**IT IS SO ORDERED.**

Dated: August 19, 2015

_____
LUCY H. KOH
United States District Judge

Case No. 15-CV-01925-LHK
CASE MANAGEMENT ORDER