**DAVIS WRIGHT TREMAINE LLP**
865 S. FIGUEROA ST.
SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
TELEPHONE (213) 633-6800
FAX (213) 633-6899

Bruce Isaacs (State Bar No. 100296)
bruceisaacs@dwt.com
Deborah Adler (State Bar No. 209525)
deborahadler@dwt.com

Attorneys for Defendants
TWIST ANIMATION, LTD, a/k/a
TWIST3D ANIMATION, d/b/a TUTITU
TV, YOSSI DAHAN, TALMON GAMLIEL
AND SARIT IDO SCHECTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW PALEY,<br><br>    Plaintiff,<br><br>vs.<br><br>TWIST ANIMATION, LTD, a/k/a TWIST3D ANIMATION, d/b/a TUTITU TV, YOSSI DAHAN, TALMON GAMLIEL AND SARIT IDO SCHECTER<br><br>    Defendants. | Case No. **15-CV-01925 LHK**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff Andrew Paley ("Plaintiff"), on the one hand, and Defendants TWIST ANIMATION, LTD, a/k/a TWIST3D ANIMATION, d/b/a TUTITU TV, YOSSI DAHAN, TALMON GAMLIEL AND SARIT IDO SCHECTER (collectively, the "Twist Animation Defendants"), on the other, through their undersigned counsel, hereby stipulate to the dismissal of the entirety of this action, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear its own attorney's fees and costs.

DATED: January 8, 2016

DAVIS WRIGHT TREMAINE LLP

By: /s/Bruce Isaacs
    Bruce Isaacs, Esq.
    Deborah A. Adler, Esq.
    Attorneys for Defendants

DATED: January 8, 2016

PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP

By: /s/Nicholas A. Carlin
    Nicholas A. Carlin, Esq.
    David M. Given, Esq.
    Attorneys for Plaintiff

So Ordered. The Clerk shall close the file.

January 8, 2016
Dated

/s/ Lucy H. Koh
United States District Judge

## ATTESTATION

I, Deborah A. Adler, hereby attest that concurrences in the filing of this document have been obtained from each of the signatories.

/s/ Deborah A. Adler
Deborah A. Adler